## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------x
In re:                                                     :    CASE NO. 13-12120
                                                           :
LEVEL III TRADING PARTNERS, L.P.                           :    CHAPTER 11
                                                           :
                            DEBTOR                         :    SECTION "A"
-----------------------------------------------------------x
```

| | |
|---|---|
| **PATRICK C. COTTER, IN HIS CAPACITY AS TRUSTEE OF THE LEVEL III TRADING PARTNERS, L.P. LITIGATION TRUST** | **ADVERSARY NO. 15-1068** |

                            PLAINTIFF

VERSUS

**JENNIFER JUNG**

                            DEFENDANT

### MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Defendant, Jennifer Jung, files this Motion for Summary Judgment (the "Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure. For the reasons more fully set forth in the attached Memorandum in Support, Jennifer Jung respectfully requests that this Court grant the Motion because there is no genuine issue of material fact and Jennifer Jung is entitled to summary judgment as a matter of law.

Date: March 24, 2016.

        Respectfully submitted,

        **KINGSMILL RIESS, L.L.C.**

        *s/ Christy R. Bergeron*
        Marguerite K. Kingsmill (#7347)
        Christy R. Bergeron (#22944)
        201 St. Charles Avenue, Suite 3300
        New Orleans, Louisiana 70170-3300
        Telephone:   (504) 581-3300
        Facsimile:   (504) 581-3310

        ***Attorneys for Jennifer Jung***

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of March, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        *s/Christy R. Bergeron*
        Christy R. Bergeron