

jennifer jung <jjung088@gmail.com>

## NFA Takes Disciplinary Action Against Level III Management, LLC (L3M), Level III Trading LLC (L3T) (together "L3") and Bruce Gwyn, as Principal

3 messages

---

**Simon Riveles** <simon@riveleslawgroup.com>  Wed, Jun 13, 2012 at 5:14 PM
Cc: bgwyn@level3trading.com, gsampognaro2@yahoo.com, mghio@mindspring.com, jam3517@gmail.com, kmcashan@gmail.com, Robert_Schroeder@fmi.com, jjung088@gmail.com, mcashan@gmail.com, shannoncoll@yahoo.com, johnaldenmeade@hotmail.com, rbmstock@gmail.com, cdavidson@leakeandersson.com, aclandj@hotmail.com, barbre105@yahoo.com, dougc@completehedge.com, Lapat@turnkeyhedgefunds.com, Howard Kaplan <HKaplan@kaplancompany.net>

Dear Investors and Service Providers:

After commencing a surprise audit of L3 on June 4th, 2012, the National Futures Association yesterday instituted a Member Responsibility and Associate Responsibility Action ("MRA") against L3M, L3T and Mr. Gwyn, as their principal. Among the MRA/ARA's allegations are the following:

- Mr. Gwyn personally misappropriated moneys from the account of Level III Trading Fund, LP (the "Fund");

- L3 and Mr. Gwyn failed to disclosure the nature of the Fund's risky investments to investors and mislead them as to the value of the Fund's investments; and

- Mr. Gwyn and L3 failed to cooperate with NFA and provided misleading information to the NFA in connection with its surprise audit.

Among the sanctions imposed by the MRA/ARA are that L3 and Mr. Gwyn are suspended from NFA membership and are prohibited from soliciting or accepting any additional investor funds. Additionally, L3 and Mr. Gwyn are prohibited from disbursing or transferring any funds over which they have control without the prior approval of the NFA.

Under NFA rules, L3 is entitled to request a prompt hearing with the NFA's Hearing Committee regarding the merits of the MRA/ARA. L3 and Mr. Gwyn intend to request such a hearing and answer each factual assertion and allegation individually to demonstrate that the NFA's conclusions regarding L3 and Mr. Gwyn's conduct are not substantiated by the totality of the evidence.

Attached please find a copy of the MRA/ARA served on Mr. Gwyn and L3 on June 12, 2012. If you have additional questions please contact Bruce Gwyn at 504-451-3165.

Sincerely yours,

Simon Riveles



EXHIBIT "B"

JUNG000152