

Dear Jennifer,                                                                1/28/11

I have enclosed a check for $50,000.00 from your Level III Trading Partners L.P. account. Please feel free to call or email anytime.

Thank You,

Bruce Gwyn
Managing Partner
Level III Trading

EXHIBIT I

220 Hector Avenue • Metairie, LA 70005 • Phone 504-957-7902 • Fax 504-836-2404   JUNG000118