## PARTNER'S THIRTY DAY NOTICE OF WITHDRAWAL

Complete Name of Limited Partner: ___Jennifer Jung___

Capital Withdrawal (check box):   ☑ $ ___$21,196.00___
  ☐ Funds in excess of $ ___
  ☐ Limited Partner's full interest

*Note:* *Withdrawals of funds in excess of a specified dollar amount or of a Limited Partner's "full interest" will be determined on the basis of the Limited Partner's capital account value as of the last day of the calendar quarter or such other most-recently completed period the General Partner, in its sole discretion, determines.*

**LEVEL III TRADING PARTNERS, L.P.**
**LEVEL III MANAGEMENT, LLC**
**General Partner**
**220 Hector Avenue**
**Metairie, Louisiana 70005**
**(504) 957-7902**

The above-referenced Limited Partner hereby exercises the right to withdraw all or a portion of his or her capital account upon thirty (30) days prior written notice in accordance with the Agreement of Limited Partnership.

**Payment Instructions (check box):**

☑   To the Limited Partner at the address indicated on the Subscription Document and Agreement of Limited Partnership Signature Pages.
☐   Other: ___

Dated: ___4/1/11___                        ___[signature]___
                                          Signature of Limited Partner

                                          ___Jennifer Jung___
                                          Limited Partner's Printed Name

A withdrawal of less than 95% of such Limited Partner's Capital Account will be distributed to such Limited Partner within ten (10) days after the end of the calendar quarter. In the case of a withdrawal of more than 95% of such Limited Partner's closing Capital Account, 95% of the amount of the withdrawal will be distributed to such Limited Partner within ten (10) business days after the end of the calendar quarter. The balance of the Limited Partner's closing Capital Account will be segregated and shall be distributed within ten (10) days after the date of completion of the audited financial statements. Any taxes, fees, or other charges that the Partnership is required to withhold under applicable law with respect to any Limited Partner, shall be withheld by the General Partner and paid to the appropriate governmental authorities. The General Partner may withhold from any distribution payable to a withdrawing partner, as a reserve, the withdrawing Partner's pro rata share of any contingent liabilities, as well as any amounts payable to taxing authorities (which have not been previously charged as liabilities).

---

**DO NOT WRITE BEYOND THIS POINT**
**GENERAL PARTNER'S USE ONLY**

Date Notice Received: ___4/1/11___         General Partner's Signature: ___[signature]___

Effective Date of Withdrawal: ___4/1/11___   Printed Name: ___Bruce Gwyn___

EXHIBIT "J"

D000055