## SUBSCRIPTION AND INVESTMENT BY EXISTING LIMITED PARTNER
## TO ADDITIONAL LIMITED PARTNERSHIP INTERESTS

Complete Name of Limited Partner: __Jennifer Jung__

Amount of Additional Capital Contribution: $ __5,000.00__

LEVEL III TRADING PARTNERS, L.P.
LEVEL III MANAGEMENT, LLC
General Partner
220 Hector Avenue
Metairie, Louisiana 70005
(504) 957-7902

Subscription to Additional Limited Partnership Interests:
The undersigned hereby subscribes for additional limited partnership interests in LEVEL III TRADING PARTNERS, L.P. under the terms and conditions set forth in the *Subscription and Investment Representation Agreement and Power of Attorney* previously executed by the undersigned; all such agreements, representations, warranties, and other matters contained therein are hereby adopted, realleged and incorporated herein by reference as though fully set out hereinafter.

Investor representations and warranties concerning suitability and accredited investor status:
The undersigned hereby represents that there have been no material changes in the condition of the Limited Partner that would materially alter the representations and warranties concerning suitability and accredited investor status as previously set forth in the prior *Subscription and Investment Representation Agreement and Power of Attorney* previously executed in connection with the undersigned subscription to limited partnership interests in LEVEL III TRADING PARTNERS, L.P.

Dated: __4-20-2011__

Signature of Limited Partner

__Jennifer Jung__
Printed Name of Limited Partner

_____
Signature of Joint Purchaser

_____
Printed Name of Joint Purchaser

---

### DO NOT WRITE BEYOND THIS POINT
### GENERAL PARTNER'S USE ONLY

Date Received: _____    General Partner's Signature: _____
Effective Date of
Additional Contribution: _____     Printed Name: _____
    ☐ Add to Existing Capital Account
    ☐ Create New Capital Account

EXHIBIT "K"

JUNG000126