## STOCK SUBSCRIPTION AGREEMENT

The undersigned hereby offers to subscribe for the number of shares of Common Stock (the "Shares") of *Treaty Energy Corporation,* (the "Company") set forth on the signature page of this Subscription Agreement at a price of ( $.034 ) on the closing day of this agreement.

The undersigned agrees and represents as follows:

1. <u>Representations, Warranties and Agreements</u>.

The undersigned hereby represents and warrants to, and agrees with, the Company, as follows:

   (a) That the undersigned is aware of the following:

   (1) The Shares are speculative investments which involve a substantial degree of risk of loss.

   (2) There are significant restrictions on the transferability of the Shares; the Shares will not be, and the investors will have no rights to require that the Shares be registered under the Securities Act of 1933 (the "Act") or any state securities laws;

2. **Restricted Securities.**
Restricted securities absent a registration statement, may only be resold in the public securities markets pursuant to the requirements of Rule 144. For purposes of Rule 144, restricted securities include:

   (a) Securities acquired directly or indirectly from the issuer, or from an affiliate of the issuer, in a transaction or chain of transactions not involving a public offering. Accordingly, securities acquired pursuant to Section 4(2) of the 1933 Act in "transactions by an issuer not involving any public offering" are restricted securities.

3. **Holding Period**.

   (a) Before you may sell any restricted securities in the marketplace, you must hold them for a certain period of time. If the company that issued the securities is subject to the reporting requirements of the Securities Exchange Act of 1934, then you must hold the securities for at least six months. If the issuer of the securities is not subject to the reporting requirements, then you must hold the securities for at least one year. The relevant holding period begins when the securities were bought and fully paid for. The holding period only applies to restricted securities. Because securities acquired in the public market are not restricted, there is no holding period for an affiliate who purchases securities of the issuer in the marketplace. But the resale of an affiliate's shares is subject to the other conditions of the rule.

EXHIBIT "L"

JUNG000131

4. That the undersigned has had prior personal or business relationships with the Company or its affiliates, or by reason of the undersigned's business or financial experience (either alone or with the aid of a purchaser representative), the undersigned has the capacity to protect the undersigned's own interest in connection with this transaction;

| | |
|---|---|
| Dollar Amount | $20,000.00 |
| Shares | 588,235 |
| Date of Purchase | 2/1/2012 |

| | |
|---|---|
| Name | Jennifer Jung |
| Address | |
| City, State, Zip | |
| Phone | |
| Email | Jjung088@gmail.com |
| Signature | |

The Company may only accept subscriptions from persons who meet certain suitability standards.

Accepted by Company,
Treaty Energy Corporation

By: _____
Bruce Gwyn
Co-CEO/Director

# Regions Bank Wire Instructions

Treaty Energy Corporation
201 St Charles Ave. 2500
New Orleans, LA 70170

| | |
|---|---|
| Receiving Bank: | Regions Bank |
| Bank Routing Number: | 062005690 |
| Beneficiary: | Treaty Energy Corporation |
| Beneficiary Account Number: | **0080331246** |

JUNG000133