

# Riveles
## Law Group

May 22, 2012

**Re: Level III Trading Partners, L.P. (the "Fund")**

Dear Fund Investors,

Riveles Law Group has been retained by Level III Management, LLC in connection with resolving the late filing of the Fund's 2011 pool financial statement ("PFS") with the National Futures Association ("NFA"). The Fund's administrator, Strategic Asset Management, has prepared and completed the PFS and the Company has retained the audit firm of Kaplan and Company to provide an independent audit opinion as to the PFS's accuracy, as required by Commodities Futures Trading Commission regulations. According to guidance provided by Kaplan and Company, we anticipate this audit to be completed in approximately three weeks, at which time we will file the audited statement with NFA. Concurrently, Kaplan will also send each of you an individual tax Form K-1 for 2011.

After all NFA filing requirements for 2011 have been completed, the Company intends to de-register as a commodity pool operator ("CPO"), or apply for an exemption from registration, with NFA because the Fund's investment program rarely involves futures, forex or commodities trading. No longer being a registered CPO with the NFA will relieve the Fund from many of the reporting requirements that delayed preparation of 2011 K-1. As a result, we do not anticipate that a delayed year-end audit will be an issue in future years.

Very Truly Yours,
Riveles Law Group

By: _____
Simon Riveles, Esq.



EXHIBIT
"M"

JUNG000136

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Documents    Calendar    Mor

# Google

Gmail

COMPOSE

CVS Jobs - cvs.findtherightjob.com - Find the Right Job For You. Apply For the Positic

Inbox (635)
Important
Sent Mail

Notes
Personal
More

## Level III Trading Partners LP    Inbox    x

**Simon Riveles** simon@riveleslawgroup.con    5:01 PM (24 minutes ago)

to bgwyn, Strategic

**Dear Fund Investors**

Attached please find a letter notifying you that the Fund has received a surpris
the National Futures Association. We will be holding a conference call at noon
time) on Friday to discuss these developments and answer any questions you

Best,
Simon Riveles

**Chat**

Search people...

jennifer jung

Set status hei

Call phone

**Riveles**
Law Group

1115 Broadway, 12th Flr.
New York, NY 10010
(646) 504-2804
www.riveleslawgroup.com

This message and any attachment are confidential and may be privileged or otherwise protected from di
are not the intended recipient, please telephone or email the sender and delete this message and any a
your system. If you are not the intended recipient you must not copy this message or attachment or disc

JUNG000137
6/5/2012