B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF LOUISIANA | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** Level III Trading Partners, LP
**Case Number:** 13-12120

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Jennifer Jung

**Name and address where notices should be sent:**
Jennifer Jung
307 Ridgelake Drive
Daphne, AL 36526

Telephone number:     email:

COURT USE ONLY

[x] Check this box if this claim amends a previously filed claim.

Court Claim Number: 22-1
(if known)

Filed on: 7-1-14

**Name and address where payment should be sent** (if different from above):
SAME

Telephone number:     email:

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $19,213.71

If all or part of your claim is secured, complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Unpaid redemption of fund subscription
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** ____

**3a. Debtor may have scheduled account as:** ____
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):** ____
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: [ ] Real Estate [ ] Motor Vehicle [ ] Other
Describe:

Value of Property: $____
Annual Interest Rate: ____% [ ] Fixed or [ ] Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $____
Basis for perfection: ____
Amount of Secured Claim: $____
Amount Unsecured: $____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

[ ] Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

[ ] Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507(a)(4).

[ ] Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

[ ] Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7).

[ ] Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).

[ ] Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__).

Amount entitled to priority: $____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

EXHIBIT "N"

B10 (Official Form 10) (04/13)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☒ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Bruce A. Gwyn
Title: Manager
Company: Level III Trading Partners, LP
Address and telephone number (if different from notice address above):
220 Hector
Metairie, LA 70005
Telephone number: (504)451-3165   email: bgwyn@level3trading.com

/s/ Bruce A. Gwyn   November 11, 2014
(Signature)   (Date)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:
LEVEL III TRADING PARTNERS, LP,            CASE NO. 13-12120

    DEBTOR.                                             CHAPTER 11

                                                                      Judge Elizabeth W. Magner

### DECLARATION OF BRUCE A. GWYN

I, Bruce A. Gwyn, hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge:

1. I am the general partner and representative of Level III Trading Partners, LP ("Level III"), the debtor-in-possession herein.

2. The attached Partners Account Activity for the period ending December 31, 2012 prepared by Fund Associates for Level III accurately reflects the amount of equity of all partners in Level III as of December 31, 2012. (Exhibit A).

3. Between December 31, 2012 and the date of the filing of the Involuntary Petition against Level III in this matter on August 2, 2013, no distributions were made to any partners, specifically including the following:

    a. John and Amanda Madden (#14), whose claim is $131,263.72;

    b. John McManus and Rhonda Rossi (#15), whose claim is $129,177.63;

    c. Robert B. McManus (#16), whose claim is $3,343.64;

    d. Barry A. Breland IRA (#18), whose claim is $36,526.27;

    e. Christopher Dunworth McMahon Trust (#19), whose claim is $32,227.18;

f.  William Gwyn (#20), whose claim is $62,490.71;

g.  Ann Stewart Partridge IRA (#21), whose claim is $33,255.96;

h.  Jennifer Jung (#22), whose claim is $19,213.71; and

i.  James A. Gio (#23), whose claim is $603.82.

Signed in New Orleans, Louisiana, this 11th day of November, 2014.

/s/Bruce A. Gwyn
**BRUCE A. GWYN**

2

**FA FUNDASSOCIATES**

Level III Trading Partners, L.P.
Primary address
220 Hector Ave
Metairie, LA 70005

EXHIBIT "A"

## Partners Account Activity
December 01, 2012 - December 31, 2012

| Name | Portfolio | Fee Class | Beginning Equity | Beginning NAV | Additions | Reductions | Adjusted Equity | Adjusted % | Income Allocation | |
|---|---|---|---|---|---|---|---|---|---|---|
| Barry A. Breeland IRA | Default | Fee Class | 32,686.57 | 50,706.50 | 0.00 | 0.00 | 32,686.57 | 2.04 | -165.84 | |
| Charlotte C. Meade | Default | Fee Class | 62,432.70 | 96,851.50 | 0.00 | 0.00 | 62,432.70 | 3.89 | -316.76 | |
| Connie Harter Sampognaro | Default | Fee Class | 141,593.76 | 219,653.61 | 0.00 | 0.00 | 141,593.76 | 8.83 | -718.40 | 2 |
| . . . | Default | Fee Class | 62,432.70 | 96,851.50 | 0.00 | 0.00 | 62,432.70 | 3.89 | -316.76 | |
| Gene & Linda Fendler | Default | Fee Class | 101,167.26 | 156,940.20 | 0.00 | 0.00 | 101,167.26 | 6.31 | -513.29 | 1 |
| Gregory Charles Sampognaro | Default | Fee Class | 271,198.57 | 420,708.82 | 0.00 | 0.00 | 271,198.57 | 16.90 | -1,375.97 | 4 |
| James A. Ghio | Default | Fee Class | 538.69 | 835.67 | 0.00 | 0.00 | 538.69 | 0.03 | -2.73 | |
| Jennifer Jung | Default | Fee Class | 18,495.78 | 28,692.40 | 0.00 | 0.00 | 18,495.78 | 1.15 | -93.84 | |
| John & Amanda Madden, JT | Default | Fee Class | 86,493.49 | 134,176.87 | 0.00 | 0.00 | 86,493.49 | 5.39 | -438.84 | 1 |
| John McManus & Rhonda Rossi | Default | Fee Class | 115,598.30 | 179,326.99 | 0.00 | 0.00 | 115,598.30 | 7.21 | -586.51 | 1 |
| John Richard Acland | Default | Fee Class | 65,375.46 | 101,416.59 | 0.00 | 0.00 | 65,375.46 | 4.08 | -331.69 | 1 |
| Kenneth Alexander McAshan | Default | Fee Class | 58,085.89 | 90,108.31 | 0.00 | 0.00 | 58,085.89 | 3.62 | -294.71 | |
| Kenneth Hudson Franzheim McAshan | Default | Fee Class | 62,432.70 | 96,851.50 | 0.00 | 0.00 | 62,432.70 | 3.89 | -316.76 | |
| Level III Management, LLC | Default | Unassigned | 11,215.16 | 8,081.09 | 0.00 | 0.00 | 11,215.16 | 0.70 | -56.90 | |
| Robert B. McManos | Default | Fee Class | 132,006.31 | 204,780.65 | 0.00 | 0.00 | 132,006.31 | 8.23 | -669.76 | 2 |
| Robert, Jr. & Lori Schroeder, JT | Default | Fee Class | 9,247.15 | 14,345.06 | 0.00 | 0.00 | 9,247.15 | 0.58 | -46.92 | |
| Samantha Simms Tullis McAshan | Default | Fee Class | 62,435.64 | 96,856.06 | 0.00 | 0.00 | 62,435.64 | 3.89 | -316.78 | |
| Self - Directed IRA Services, Inc., Custodian FBO; Ann Stewart Partridge IRA # 201102431 | Default | Fee Class | 30,478.71 | 47,281.45 | 0.00 | 0.00 | 30,478.71 | 1.90 | -154.64 | |
| Shannon L. Collins | Default | Fee Class | 8,793.15 | 13,640.76 | 0.00 | 0.00 | 8,793.15 | 0.55 | -44.61 | |
| The Christopher Dunworth McMahon Trust #2 | Default | Fee Class | 18,736.04 | 29,065.11 | 0.00 | 0.00 | 18,736.04 | 1.17 | -95.06 | |
| William Alexander Crutcher McAshan | Default | Fee Class | 195,404.81 | 303,130.40 | 0.00 | 0.00 | 195,404.81 | 12.18 | -991.42 | 3 |
| William Gwyn | Default | Fee Class | 57,412.37 | 89,063.48 | 0.00 | 0.00 | 57,412.37 | 3.58 | -291.29 | |
| Total: | | | 1,604,261.21 | 2,479,364.55 | 0.00 | 0.00 | 1,604,261.21 | 100.00 | -8,139.50 | 2,47 |