UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                    CASE NO.

**LEVEL III TRADING PARTNERS, L.P.**                                      **13-12120**
                                                                          SECTION A
DEBTOR(S)                                                                 CHAPTER 11

## ORDER

For the reasons assigned in the Reasons for Decision entered on this date,

**IT IS ORDERED** that the Second Amended Omnibus Objection to Claim Numbers 13, 14,

15, 16, 18, 19, 20, 21, 22, and 23 filed by Patrick C. Cotter, Litigation Trustee[1] is **SUSTAINED**, and

proofs of claim 13, 14, 15, 16, 18, 19, 20, 21, 22, and 23 are allowed as equity holders.

New Orleans, Louisiana, February 3, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

---

[1] P-237.

**EXHIBIT**
"O"