LEVEL III TRADING PARTNERS, L.P.

FINANCIAL STATEMENTS

DECEMBER 31, 2010 AND 2009



D002308

# CONTENTS

| | |
|---|---|
| **Independent Auditor's Report** | 1-2 |
| **Financial Statements:** | |
| Statements of Assets and Liabilities | 3 |
| Schedules of Investments | 4-7 |
| Statements of Operations | 8 |
| Statements of Changes in Partners' Capital | 9 |
| Statements of Cash Flows | 10 |
| Notes to Financial Statements | 11-19 |

**KAPLAN & COMPANY**

CERTIFIED PUBLIC ACCOUNTANTS

60 REVERE DRIVE

SUITE 410

NORTHBROOK, ILLINOIS 60062-1576

———

TELEPHONE (847) 272-0001

TELECOPIER (847) 272-9821

MEMBER
AMERICAN INSTITUTE OF CERTIFIED
PUBLIC ACCOUNTANTS

———

ILLINOIS CPA SOCIETY

## INDEPENDENT AUDITOR'S REPORT

To the Partners
Level III Trading Partners, L.P.

We have audited the accompanying statements of assets and liabilities of Level III Trading Partners, L.P. (the Partnership), including the schedules of investments, as of December 31, 2010 and 2009, and the related statements of operations, changes in partners' capital, cash flows, and the financial highlights for the years then ended. These financial statements and financial highlights are the responsibility of the Partnership's management. Our responsibility is to express an opinion on these financial statements and financial highlights based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements and financial highlights are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

As more fully described in Note 2 to the financial statements, we were unable to verify management's valuation of its investment in certain thinly-traded common stock and private investments at December 31, 2010. Management has valued these investments at $791,384. The Partnership's cost for these investments was $663,950. In our opinion, generally accepted auditing procedures require that the valuation techniques used to develop fair value prices be reviewed and for us to assess the reasonableness and appropriateness of the Partnership's valuation methods and underlying data and assumptions. We are required to determine and evaluate the Partnership's valuation methods and procedures and whether they are specified by generally accepted accounting principles and whether they were followed. Further, we are required to test underlying data and assumptions supporting management's estimate of the fair value prices.

1

In our opinion, except for the effects of our not being able to verify management's estimates of the fair value of certain Partnership investments at December 31, 2010 as discussed in the preceding paragraph, the financial statements and financial highlights referred to above present fairly, in all material respects, the financial position of Level III Trading Partners, L.P. as of December 31, 2010 and 2009, the results of its operations, its changes in partners' capital, its cash flows, and its financial highlights for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*KAPLAN + COMPANY*

Certified Public Accountants

October 13, 2011

2

LEVEL III TRADING PARTNERS, L.P.

STATEMENTS OF ASSETS AND LIABILITIES
DECEMBER 31, 2010 AND 2009

|  | 2010 | 2009 |
|---|---|---|
| **ASSETS** | | |
| Unrealized gain on futures contracts | $ 5,430 | $ 50,015 |
| Investments, at fair value | 800,484 | 25,000 |
| Cash | 543,142 | 1,303,837 |
| Interest receivable | 2,516 | 14 |
| Notes receivable, net of allowance for doubtful accounts of $87,051 at December 31, 2010 | 150,000 | - |
| Receivable from General Partner | 55,681 | 24,298 |
| Total Assets | 1,557,253 | 1,403,164 |
| **LIABILITIES** | | |
| Unrealized loss on futures contracts | 15,987 | 1,795 |
| Options sold short, at fair value | 91,120 | 15,355 |
| Accrued expenses | 6,250 | 6,350 |
| Partner withdrawals payable | 270,347 | - |
| Total Liabilities | 383,704 | 23,500 |
| **Partners' Capital** | $ 1,173,549 | $ 1,379,664 |

The accompanying notes are an integral part of these financial statements.

3

D002312

**LEVEL III TRADING PARTNERS, L.P.**

**SCHEDULES OF INVESTMENTS**
**DECEMBER 31, 2010 AND 2009**

December 31, 2010

Unrealized Gain on Futures Contracts -

| Futures Description | | Unrealized Gain |
|---|---|---|
| **Short Positions:** | | |
| Commodities (Expiration March 2011) 2 Contracts | 0.13% | $ 1,520 |
| Indices (Expiration March 2011) 15 Contracts | 0.33% | 3,910 |
| **Unrealized Gain on Short Futures Contracts** | | $ 5,430 |

Long Positions:

| Number of Shares | Description of Security Shares | | Fair Value |
|---|---|---|---|
| | **Common Stocks - United States** | 30.70% | |
| | Independent Oil & Gas | 0.77% | $ 9,100 |
| | Real Estate Development | 29.93% | 351,200 |
| 17,560 | Orpheum Property, Inc. | 29.93% | 351,200 |
| | **Total Common Stocks - United States (Cost $97,950)** | | $ 360,300 |
| | **Private Investments** | 37.51% | |
| | Limited Liability Companies | 37.51% | $ 440,184 |
| | GAGA, LLC | 31.54% | 370,184 |
| | **Total Private Investments (Cost $576,000)** | | $ 440,184 |
| | **Total Long Positions (Cost $673,950)** | | $ 800,484 |

The accompanying notes are an integral part of these financial statements.

4

LEVEL III TRADING PARTNERS, L.P.

SCHEDULES OF INVESTMENTS
DECEMBER 31, 2010 AND 2009

Unrealized Loss on Futures Contracts -

| Futures Description | | | Unrealized Loss |
|---|---|---|---|
| Short Positions: | | | |
| Financials (Expiration March 2015) 20 Contracts | 0.21% | $ | 2,437 |
| Metals (Expiration February - March 2011) 9 Contracts | 1.15% | | 13,550 |
| **Unrealized Loss on Short Futures Contracts** | | $ | 15,987 |

Short Positions:

| Options Description | Call C or Put (P) | | Fair Value |
|---|---|---|---|
| **Options on Futures** | | | |
| (Expiration March 2011 - April 2011) 9 Contracts | C | 7.33% | $ 85,995 |
| (Expiration March 2011) 10 Contracts | P | 0.44% | 5,125 |
| **Total Options on Futures (Proceeds $73,025)** | | | $ 91,120 |
| **Total Short Positions (Proceeds $73,025)** | | | $ 91,120 |

The accompanying notes are an integral part of these financial statements.

5

D002314

**LEVEL III TRADING PARTNERS, L.P.**

**SCHEDULES OF INVESTMENTS**
**DECEMBER 31, 2010 AND 2009**

<u>December 31, 2009</u>

Unrealized Gain on Futures Contracts -

| Futures Description | | Unrealized Gain |
|---|---|---|
| **Long Positions:** | | |
| Indices (Expiration March 2010) | 2.81% | $ 38,725 |
| 31 Contracts | | |
| **Unrealized Gain on Long Futures Contracts** | | $ 38,725 |
| | | |
| **Short Positions:** | | |
| Commodities (Expiration March 2010) | 0.01% | $ 130 |
| 2 Contracts | | |
| Currencies (Expiration March 2010) | 0.08% | 1,150 |
| 2 Contracts | | |
| Indices (Expiration March 2010) | 0.61% | 8,370 |
| 23 Contracts | | |
| Metals (Expiration February 2010) | 0.12% | 1,640 |
| 2 Contracts | | |
| **Unrealized Gain on Short Futures Contracts** | | $ 11,290 |
| **Unrealized Gain on Long and Short Futures Contracts** | | $ 50,015 |

| Description | | Fair Value |
|---|---|---|
| **Long Positions:** | | |
| Private Investment | 1.81% | $ 25,000 |
| **Total Long Positions (Cost $25,000)** | | $ 25,000 |

The accompanying notes are an integral part of these financial statements.

6

LEVEL III TRADING PARTNERS, L.P.

SCHEDULES OF INVESTMENTS
DECEMBER 31, 2010 AND 2009

Unrealized Loss on Futures Contracts -

| Futures Description | | Unrealized Loss |
|---|---|---|
| **Short Positions:** | | |
| Energies (Expiration February 2010)<br>7 Contracts | 0.13% | $ 1,795 |
| **Unrealized Loss on Short Futures Contracts** | | $ 1,795 |

| Options Description | Put (P)<br>or<br>Call (C) | | Fair Value |
|---|---|---|---|
| **Short Positions:** | | | |
| Options on Futures<br>(Expiration February 2010 - March 2010)<br>8 Contracts | C | 1.11% | $ 15,355 |
| **Total Short Options on Futures (Proceeds $16,502)** | | | $ 15,355 |

Percentages shown represent percent of Partners' capital.

The accompanying notes are an integral part of these financial statements.

7

D002316

LEVEL III TRADING PARTNERS, L.P.

STATEMENTS OF OPERATIONS
FOR THE YEARS ENDED
DECEMBER 31, 2010 AND 2009

|  | 2010 | 2009 |
|---|---|---|
| **Investment Income:** | | |
| Interest | $ 6,913 | $ 697 |
| Total Income | 6,913 | 697 |
| **Expenses:** | | |
| Administration fees | 51,000 | 22,590 |
| Bad debt expense | 87,051 | - |
| Brokerage commissions | 470,991 | 231,012 |
| Meals and entertainment | 9,561 | - |
| Other expenses | 1,157 | 3,352 |
| Professional fees | 15,000 | 15,000 |
| Rent expense | 12,000 | - |
| Travel expenses | 13,232 | 3,270 |
| Total Expenses | 659,992 | 275,224 |
| Net Investment Loss | (653,079) | (274,527) |
| **Realized and Unrealized Gain or (Loss) From Investments:** | | |
| Net realized gain | 969,476 | 722,322 |
| Net increase or (decrease) in unrealized appreciation | 48,515 | (34,742) |
| Net Realized and Unrealized Gain From Investments | 1,017,991 | 687,580 |
| Net Increase in Partners' Capital Resulting from Operations Before Incentive Allocation to General Partner | 364,912 | 413,053 |
| Incentive Allocation to General Partner | (75,573) | (44,453) |
| Net Income Available for Pro Rata Distribution | $ 289,339 | $ 368,600 |

The accompanying notes are an integral part of these financial statements.

D002317

LEVEL III TRADING PARTNERS, L.P.

STATEMENTS OF CHANGES IN PARTNERS' CAPITAL
FOR THE YEARS ENDED DECEMBER 31, 2010 AND 2009

| | General Partner | Limited Partners | Total |
|---|---|---|---|
| Partners' Capital, December 31, 2008 | $ - | $ 896,690 | $ 896,690 |
| Contributions | - | 465,000 | 465,000 |
| Withdrawals | (39,649) | (355,430) | (395,079) |
| Allocation of Net Increase In Partners' Capital Resulting From Operations - | | | |
| Incentive allocation | 44,453 | - | 44,453 |
| Pro rata allocation | 65 | 368,535 | 368,600 |
| Partners' Capital, December 31, 2009 | 4,869 | 1,374,795 | 1,379,664 |
| Contributions | - | 229,000 | 229,000 |
| Withdrawals | (73,289) | (726,738) | (800,027) |
| Allocation of Net Increase In Partners' Capital Resulting From Operations - | | | |
| Incentive allocation | 75,573 | - | 75,573 |
| Pro rata allocation | (229) | 289,568 | 289,339 |
| Partners' Capital, December 31, 2010 | $ 6,924 | $ 1,166,625 | $ 1,173,549 |

The accompanying notes are an integral part of these financial statements.

9

D002318

LEVEL III TRADING PARTNERS, L.P.

STATEMENTS OF CASH FLOWS
FOR THE YEARS ENDED
DECEMBER 31, 2010 AND 2009

|  | 2010 | 2009 |
|---|---|---|
| **Cash Flows From Operating Activities:** |  |  |
| Net increase in net assets from operations | $ 364,912 | $ 413,053 |
| Adjustments to reconcile net increase in net assets |  |  |
| from operations to net cash provided or (used) by operating activities: |  |  |
| Net sales of short-term investments | 377,049 | 480,966 |
| (Increase) or decrease in unrealized appreciation on |  |  |
| investment securities | (48,515) | 34,742 |
| Net realized gain from investments | (969,476) | (491,310) |
| Increase in interest receivable | (2,502) | (14) |
| Increase in notes receivable | (237,051) | - |
| Increase in allowance for doubtful accounts | 87,051 | - |
| Increase or (decrease) in accrued expenses | (100) | 2,452 |
| Net cash provided or (used) by operating activities | (428,632) | 439,889 |
|  |  |  |
| **Cash Flows From Financing Activities:** |  |  |
| Partners' capital contributions | 229,000 | 465,000 |
| Partners' capital withdrawals | (529,680) | (395,079) |
| Loans to General Partner | (31,383) | (24,298) |
| Net cash provided by or (used in) financing activities | (332,063) | 45,623 |
| Increase or (Decrease) in Cash | (760,695) | 485,512 |
| Cash, at beginning of year | 1,303,837 | 818,325 |
| Cash, at end of year | $ 543,142 | $ 1,303,837 |

The accompanying notes are an integral part of these financial statements.

D002319

LEVEL III TRADING PARTNERS, L.P.

NOTES TO FINANCIAL STATEMENTS
DECEMBER 31, 2010 and 2009

1. Principal Business Activity and Significant Accounting Policies:

Level III Trading Partners, L.P., (the "Partnership") was formed as a Limited Partnership pursuant to the provisions of the Revised Uniform Limited Partnership Act of the state of Alabama and operates as a commodity pool. The Partnership's investment objective is to achieve growth of capital. Level III Management, LLC, an affiliated party, serves as the Partnership's general partner. The Partnership is subject to the following:

- The regulations of the Commodity Futures Trading Commission (CFTC), an agency of the U.S. Government that regulates most aspects of the commodity futures industry
- The rules of the National Futures Association (NFA), an industry self-regulatory organization
- The requirements of commodity exchanges where the Partnership executes transactions

A.  Security Valuation

All investments in securities are recorded at their estimated fair value, as described in Note 2.

B.  Investment Transactions and Income

Purchases and sales of options on futures contracts and futures contracts are recorded on a trade-date basis. Interest income is recognized on the accrual basis. Gain or losses are realized when positions are liquidated. Unrealized gains or losses on open positions (the difference between the purchase price and the fair value) at the date of the statement of assets and liabilities are included in equity in trading accounts. Any change in net unrealized gain or loss from the preceding period is reported in the statement of operations.

C.  Short Sales

The Partnership may sell a security it does not own in anticipation of a decline in the fair value of that security. A gain, limited to the price at which the Partnership sold the security short, or loss, unlimited in size, will be recognized upon the termination of a short sale. The Partnership is also subject to the risk that it may be unable to reacquire a security to terminate a short position except at a price substantially in excess of the last quoted price.

11

1. **Principal Business Activity and Significant Accounting Policies:** (Continued)

D. Restricted Cash

The Partnership is required to maintain margin deposits with the broker in connection with its investing activities. The Partnership is using cash to satisfy this requirement. At December 31, 2010, cash in the amount of $369,465 ($1,064,150 in 2009) was on deposit with the broker as margin deposits.

E. Income Taxes

No provision for federal income taxes has been made in these financial statements because each partner is individually responsible for reporting income or loss based on their respective share of the Partnership's income and expenses as reported for income tax purposes. The Partnership prepares calendar year U.S. and state information tax returns and reports to the partners their allocable shares of the Partnership's income, expenses, and realized gains or losses.

The Partnership applies the provisions of FASB ASC 740, *Income Taxes*, which provides guidance for how uncertain tax positions should be recognized, measured, presented and disclosed in the financial statements. This guidance requires the evaluation of tax positions taken or expected to be taken in the course of preparing the Partnership's financial statements to determine whether the tax positions are "more-likely-than-not" of being sustained by the applicable tax authority. Tax positions with respect to tax at the partnership level not deemed to meet the "more-likely-than-not" threshold would be recorded as a tax benefit or expense in the current year. The General Partner has concluded there is no tax expense to be recorded by the Partnership for positions taken for returns filed for open tax years (2007-2009), or expected to be taken in the Partnership's 2010 tax return.

F. Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of increases and decreases in net assets from operations during the reporting period. Actual results could differ from those estimates.

The Partnership trades options on futures contracts and futures contracts. It is at least reasonably possible that changes in the values of these products will occur in the near term and that such changes could materially affect partners' capital and amounts reported in the statements of assets and liabilities.

12

D002321

| | | |
|---|---|---|
| 1. | Principal Business Activity and Significant Accounting Policies: (Continued) | G. Brokerage Commissions |

Brokerage commissions include other trading fees and are charged to expense when a position is opened and again when the position is closed.

| | | |
|---|---|---|
| 2. | Securities Valuations: | All investments of the Partnership are carried at fair value. Generally accepted accounting principles establishes a hierarchy that prioritizes inputs to valuation methods.  The three levels of inputs are: |

Level 1 – Unadjusted quoted prices in active markets for identical assets or liabilities that the Partnership has the ability to access.

Level 2 – Observable inputs other than quoted prices included in level 1 that are observable for the asset or liability, either directly or indirectly.   These inputs may include quoted prices for the identical instrument on an inactive market, prices for similar instruments, interest rates, prepayment speeds, credit risk, yield curves, default rates and similar data.

Level 3 – Unobservable inputs for the asset or liability, to the extent relevant observable inputs are not available; representing the Partnership's own assumptions about the assumptions a market participant would use in valuing the asset or liability, and would be based on the best information available.

The availability of observable inputs can vary from security to security and is affected by a wide variety of factors, including, for example, the type of security, whether the security is new and not yet established in the marketplace, the liquidity of markets, and other characteristics particular to the security.  To the extent that valuation is based on models or inputs that are less observable or unobservable in the market, the determination of fair value requires more judgment. Accordingly, the degree of judgment exercised in determining fair value is greatest for instruments categorized in level 3.

The inputs used to measure fair value may fall into different levels of the fair value hierarchy.  In such cases, for disclosure purposes, the level in the fair value hierarchy within which the fair value measurement falls in its entirety, is determined based on the lowest level that is significant to the fair value measurement in its entirety.

Options on futures contracts and futures contracts are considered to be derivative instruments.  Listed derivatives that are actively traded are valued based on quoted prices from the exchange and are categorized in level 1 of the fair value hierarchy.

13

D002322

2.   Securities
Valuations:
(Continued)

At December 31, 2010, the Partnership's investments in private investments of $440,184 ($25,000 in 2009) and common stock of $351,200 ($0 in 2009) are considered level 3 instruments. All other investments at December 31, 2010 and 2009 are considered level 1 instruments.

The following table summarizes the Partnership's investments at December 31, 2010:

|  | Level 1 | Level 2 | Level 3 |
|---|---|---|---|
| Long Positions: |  |  |  |
| Common Stocks - |  |  |  |
| United States | $ 9,100 | $ - | $ 351,200 |
| Private Investments | - | - | 440,184 |
| Short Positions: |  |  |  |
| Derivatives | 91,120 | - | - |
|  | $ 100,220 | $ - | $ 791,384 |

The following is a reconciliation of assets for which level 3 inputs were used in determining value:

| | |
|---|---|
| Balance, January 1, 2010 | $ 25,000 |
| Total realized gains or (losses) | - |
| Change in unrealized appreciation | 127,434 |
| Cost of purchases | 638,950 |
| Proceeds from sales | - |
| Balance, December 31, 2010 | $ 791,384 |

The change in the unrealized gain of $127,434 on level 3 instruments is included in the increase in unrealized appreciation for the year ended December 31, 2010 in the Statement of Operations.

The following represents management's stated valuation processes for each of the Partnership's investments for which level 3 inputs were used in determining value as of December 31, 2010:

Common Stock

The investment in 17,560 shares of Orpheum Property, Inc common stock, the sale of which 13,250 shares are restricted, has been valued by management at $20 per share after considering pertinent factors, including the last available trading price per share published in the public markets. No quoted market price exists for Orpheum Property, Inc. shares at December 31, 2010. It is possible that the estimated value may differ significantly from the amount that might ultimately be realized in the near term, and the difference could be material.

14

2.  Securities
    Valuations:
    (Continued)

Private Investments

The 24% membership interest in GAGA, LLC has been valued by management at $370,184 after considering pertinent factors, including the Partnership's member equity, GAGA, LLC's investments, compiled financial statements, tax return, operating agreement and events subsequent to December 31, 2010. No quoted market price exists for GAGA, LLC at December 31, 2010. It is possible that the estimated value may differ significantly from the amount that might ultimately be realized in the near term, and the difference could be material.

The 23.08% membership interest in Doctor Henry, LLC has been valued by management at $20,000 after considering pertinent factors, including the Partnership's member equity, Doctor Henry, LLC's investments, compiled financial statements, tax return, operating agreement, and events subsequent to December 31, 2010. No quoted market price exists for Doctor Henry, LLC at December 31, 2010. It is possible that the estimated value may differ significantly from the amount that might ultimately be realized in the near term, and the difference could be material.

The 5% membership interest in Live Magic, LLC has been valued by management at $50,000 after considering pertinent factors, including the Orpheum Property, Inc. stock purchase agreement wherein the Partnership was to receive shares of Orpheum Property, Inc. common stock in exchange for its ownership interest in Live Magic, LLC and the subsequent receipt of those shares. No quoted market price exists for either Live Magic, LLC or Orpheum Property, Inc. at December 31, 2010. It is possible that the estimated value may differ significantly from the amount that might ultimately be realized in the near term, and the difference could be material.

As stated in our opinion on the financial statements on page 1 of these financial statements, we were not able to verify management's fair value price valuations for the above Partnership investments classified in level 3. We were not able to review and assess the reasonableness and appropriateness of the Partnership's valuation methods and underlying data and assumptions. We were not able to determine and evaluate the Partnership's valuation methods and procedures, whether they are specified by generally accepted accounting principles and whether they were followed. Further, we were not able to test underlying data and assumptions supporting management's estimate of the fair value prices.

15

3.  **Derivative Transactions:**    The Partnership engages in the speculative trading of equity contracts, known as derivatives. The Partnership is exposed to both market risk, the risk arising from changes in the market value of the contracts, and credit risk, the risk of failure by another party to perform according to the terms of the contract. The Partnership's exposure to credit risk associated with counterparty nonperformance is limited to the current cost to replace all contracts in which the Partnership has a gain. Exchange-traded financial instruments, the only type of derivative financial instruments traded by the Partnership, generally do not give rise to significant counterparty exposure due to the cash settlement procedures for daily market movements and the margin requirements of individual exchanges.

    Net trading results from derivatives are reflected in the statement of operations.

    The General Partner has established procedures to actively monitor and minimize market and credit risks.

4.  **Due from Broker:**    In the normal course of business, some of the Partnership's securities transactions, money balances, and security positions are transacted with the Partnership's broker. The Partnership is subject to credit risk to the extent any broker with whom it conducts business is unable to fulfill contractual obligations on its behalf. The Partnership's management monitors the financial condition of such broker and does not anticipate any losses from such counterparty.

5.  **Concentration of Credit Risk:**    In the normal course of business, the Partnership maintains its cash balances in financial institutions, which at times may exceed federally insured limits. The Partnership is subject to credit risk to the extent any financial institution with which it conducts business is unable to fulfill contractual obligations on its behalf. Management monitors the financial condition of such financial institutions and does not anticipate any losses from these counterparties.

6.  **Management Performance Allocation and Affiliated Transactions:**    Level III Management, LLC, the general partner, is allocated income based upon the Partnership's performance. The allocation is 20% of the Partnership's net profits allocated to each limited partner for each calendar quarter in excess of net losses allocated to limited partners since the last reallocation of net profits. For the year ended December 31, 2010, $75,573 ($44,453 in 2009) of net profits was reallocated to the general partner.

16

D002325

7. **Investment Transactions:**

During the current year, there were net sales of short-term investments totaling $377,049. During the prior year, there were net sales of short-term investments totaling $480,966.

Certain securities are subject to mark-to-market rules of the internal revenue code. Therefore, there is no unrealized gain or loss on these securities for U.S. federal income tax purposes at December 31, 2010 and 2009. The securities not subject to mark-to-market have a tax basis of $673,950 ($0 in 2009) and there is an unrealized gain of $126,534 for U.S. federal income tax purposes at December 31, 2010 ($0 in 2009).

8. **Distributions and Redemptions:**

The Partnership is not required to make distributions, but may do so at the sole discretion of the General Partner. A Limited Partner may request a redemption of capital as of the close of business on the last business day of each calendar quarter (or at such other times as the General Partner shall determine) with a minimum of thirty days written notice. The General Partner has the ability to impose limitations on redemptions under certain circumstances.

Withdrawals are recognized as liabilities, net of any incentive allocation, when the amount requested in the withdrawal notice becomes fixed. This generally occurs either at the time of the receipt of notice, or on the last day of a fiscal period, depending on the nature of the request. Accordingly, withdrawals paid after the end of the year, but based upon year-end capital balances, are reflected as withdrawals payable on the year-end statement of assets and liabilities. The amount of capital subject to withdrawal notices received for which the dollar amount is not fixed remains in capital until the amount is determined. Withdrawals payable are recorded as liabilities payable but are treated as capital for purposes of computing the allocations of gains and losses pursuant to the partnership agreement.

9. **Financial Highlights:**

The information presented below represents the financial highlights applicable to the Limited Partner class of the Partnership (the non-managing Partners):

Operating Performance:

|  | 2010 | 2009 |
|---|---|---|
| Total return before incentive allocation | 22.00% | 47.63% |
| Incentive allocation | (6.89) | (13.03) |
| Total return after incentive allocation | 15.11% | 34.60% |

17

9.   **Financial Highlights:** (Continued)

In accordance with guidance provided by the American Institute of Certified Public Accountants, the total return was computed as a percentage change in value during the period of a theoretical partner investment made at the beginning of the period. An individual investor's return may vary from these returns based on participation in Hot Issues and different management fee and incentive arrangements and the timing of capital contributions and withdrawals.

Supplemental Data:

Ratio to Limited Partner average net assets (Limited Partners' capital):

|  | 2010 | 2009 |
|---|---|---|
| Operating expenses | 46.05% | 24.15% |
| Incentive allocation | 5.27 | 3.90 |
| Total expenses and incentive allocation | 51.32% | 28.05% |
| Net investment loss | (45.56)% | (24.09)% |

The ratios shown above are calculated for the Limited Partner class taken as a whole. The ratio for an individual investor may vary from these ratios based on different management fee and incentive arrangements and the timing of capital contributions and withdrawals.

10.   **Reclassifications:**

Certain amounts in the 2009 financial statements have been reclassified to conform to the 2010 presentation.

11.   **Subsequent Events:**

We have reviewed subsequent events through October 24, 2010, the date the financial statements were available to be issued.

There were no transactions or events that occurred after the balance sheet date that would have a material effect on these financial statements.

18

D002327

12 . Supplemental
   Information:

In accordance with Commodity Futures Trading Commission Regulation 4.22
the following information is presented as part of these financial statements.

Net Asset Value of Level III Trading Partners, L.P.:
   December 31, 2008 - $ 896,690
   December 31, 2009 - $ 1,379,664
   December 31, 2010 - $ 1,173,549

Partner capital accounts:

| Partner Number | December 31, 2008 | December 31, 2009 | December 31, 2010 |
|---|---|---|---|
| 1 | $ - | $ 4,869 | $ 6,924 |
| 2 | 71,818 | 195,915 | 230,132 |
| 3 | 586 | 77 | 90 |
| 4 | 11,701 | 390 | 457 |
| 5 | 55,605 | 102,049 | 107,269 |
| 6 | 27,826 | 39,849 | - |
| 7 | 12,153 | 17,403 | - |
| 8 | 188,963 | 45,104 | 52,981 |
| 9 | 170,784 | 202,592 | - |
| 10 | 58,158 | 83,288 | 120,635 |
| 11 | 246,469 | 117,990 | 96,282 |
| 12 | 52,627 | 75,366 | 65,243 |
| 13 | - | 9,794 | 750 |
| 14 | - | 45,101 | 52,979 |
| 15 | - | 45,101 | 52,979 |
| 16 | - | 45,101 | 52,979 |
| 17 | - | 45,101 | 44,418 |
| 18 | - | 45,101 | 52,979 |
| 19 | - | 118,562 | 7,077 |
| 20 | - | 36,533 | 24,392 |
| 21 | - | 104,378 | 120,153 |
| 22 | - | - | 56,554 |
| 23 | - | - | 28,276 |
| | $ 896,690 | $ 1,379,664 | $ 1,173,549 |

19

D002328